UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY LENORA McALISTER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 16-13951

Honorable John Corbett O'Meara

_____/

**ORDER ADOPTING MAGISTRATE JUDGE GRAND'S
OCTOBER 26, 2017 REPORT AND RECOMMENDATION**

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge David R. Grand's October 26, 2017 Report and Recommendation, as well as Plaintiff's November 11, 2017 objections to the report and Defendant's November 21, 2017 response to Plaintiff's objections. After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Grand's Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that plaintiff McAlister's Labreck's motion for summary judgment is **DENIED.**

It is further **ORDERED** that defendant Commissioner's motion for summary judgment is **GRANTED.**

                              s/John Corbett O'Meara
                              United States District Judge

Date:  December 6, 2017


I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, December 6, 2017, using the ECF system.

                              s/William Barkholz
                              Case Manager